

MARLENE G. WEINSTEIN, ESQ.
Attorney Bar No. 079429
LAW OFFICE OF
MARLENE G. WEINSTEIN
1350 Treat Blvd., Suite 420
Walnut Creek, CA 94597
Telephone: (925) 472-0800

Attorney for Creditor
DAVID RICHARDS

The following constitutes the order of the court.
Signed June 24, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br><br>**FLORBELA M. RICHARDS,**<br><br>      Debtor. | Case No. 10-42364 WJL<br>Chapter 7<br><br>ORDER RE: CLAIM NO. 11 FILED BY HSBC BANK NEVADA N.A., BASS & ASSOCIATES P.C. AND/OR CAPITAL ONE N.A., ITS SUCCESSOR AND/OR TRANSFEREE<br><br>[No Hearing Required] |

  Pursuant to the Request For Entry of Order by Default Re: Claim No. 11 Filed by HSBC Bank Nevada N.A., Bass & Associates P.C. and/or Capital One N.A., Its Successor and/or Transferee (collectively "Claimant"), and good cause appearing therefor,

  **IT IS HEREBY ORDERED** that Claim No. 11 filed by Claimant is not a community claim, and that pursuant to 11 U.S.C. § 726(c)(2)(A), Claimant does not have any right to payment of its claim from any community property in the possession of the Chapter 7 trustee until any and all administrative and/or community claims have been paid in full.

        \*\* END OF ORDER \*\*

<pre>
 1                         COURT SERVICE LIST
 2

 3   HSBC Bank Nevada, N.A.
     Attn: President or Other Officer
 4   1111b Town Center Drive
 5   Las Vegas, NV 89134

 6
     Capital One, N.A.
 7   Attn: President or Other Officer
     1680 Capital One Drive
 8   Mclean, VA 22102
 9

10   Patti H. Bass, Esq.
11   HSBC Bank Nevada, N.A.
     Bass & Associates, P.C.
12   3936 E. Ft. Lowell Rd., #200
13   Tucson, AZ 85712

14
     Capital One, N.A.
15   c/o Bass & Associates, P.C.
     3936 E. Ft. Lowell Rd., #200
16   Tucson, AZ 85712
17
18
19
20
21
22
23
24
25
26
27
28
</pre>